UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN McMAHON, et al.,<br><br>    Defendants. | Case No. EDCV 19-0548 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Defendant's Objections, and Plaintiff's Reply to the Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

Accordingly, IT IS ORDERED THAT:

1. The Motion to Dismiss the Second Amended Complaint filed by Sheriff John McMahon is DENIED.

    2.    Sheriff McMahon is ORDERED to file an Answer to the Second Amended Complaint in both his individual and official capacities within fourteen (14) days of the date of this Order.

The Clerk shall serve copies of this Order on Plaintiff at his address of record and on counsel for Defendant.

DATED: July 14, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE