JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. JACKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN McMAHON, et al.,<br><br>        Defendants. | Case No. EDCV 19-0548 SB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to Sheriff John McMahon and the County of San Bernardino and without prejudice as to Defendant John Doe #1.

Dated: September 22, 2021

Stanley Blumenfeld, Jr.
United States District Judge